Stephanie L. Quinn (Nevada Bar No. 12632)
**QUINN • COVARRUBIAS**
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T:       (916) 400-2300
F:       (916) 400-2311
Email:       squinn@quinncova.com

Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
F: (702) 363-5101
Email: rfinch@messner.com

*Attorneys for Defendants,*
HOLMAN FLEET LEASING, LLC,
ARI FLEET LT,
UNION PACIFIC RAILROAD COMPANY,
and JASON M. HICKMAN

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THERESA COHEE, individually<br><br>Plaintiff,<br><br>vs.<br><br>HOLMAN FLEET LEASING, LLC, a Foreign Limited-Liability Company; ARI FLEET LT, a business trust, a Foreign Business Trust; UNION PACIFIC RAILROAD COMPANY, a Foreign Corporation; JASON M. HICKMAN, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.: 2:23-cv-01747-JCM-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER TO AMEND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate to request that this Court enter an order extending the deadlines in the current Scheduling Order (Doc. 11).

The parties bring this stipulation and request for an order extending pretrial deadlines to allow the parties to complete additional discovery necessary for expert disclosures and trial preparation. This is the parties' first request for an extension of deadlines. There is no trial date set in this matter.

Good cause exists to extend the pretrial deadlines. The parties have worked diligently to complete discovery. Defendant served its initial disclosures on November 30, 2023. Plaintiff served her initial disclosures on November 14, 2023 and has served three supplemental disclosures. The parties have exchanged one set of written discovery requests. Defendants have responded to the discovery and Defendant presently awaits Plaintiff's response to Defendant's first set of written discovery.

Defendant has granted repeated extensions of the deadline for Plaintiff to submit responses to Defendant's discovery requests because Plaintiff has recently undergone open-heart surgery and suffered complications thereafter. Defendant also understands that Plaintiff continues to recover and plans to undergo further procedures at the end of April. Defendant has agreed to reschedule Plaintiff's deposition, which the parties had originally planned for April 23, 2024, due to Plaintiff's health issues preventing her from being deposed at this time.

Currently, Plaintiff's discovery responses are due, pursuant to an extension, on May 10, 2024 and the parties hope Plaintiff is able to proceed with being deposed in early June 2024. Defendants also intend to proceed with a defense medical examination but cannot proceed until Plaintiff's health improves. Plaintiff would like to take the deposition of Defendant Jason Hickman and his deposition will be set to follow Plaintiff's deposition. Once Plaintiff's deposition is completed, Defendants will need to depose her treating physicians.

Due to these discovery delays caused by Plaintiff's health, the parties are unable to prepare experts, complete expert discovery and meet the other deadlines set by the Court. Accordingly, the parties request extending the remaining deadlines by 60 days, as outlined below:

1. **Discovery Deadlines**:

   a. Deadline to complete all non-expert discovery is: ~~August 30, 2024~~ ***October 29, 2024.***

2. **Expert Witness Disclosures:**

   a. Deadline to disclose the identity and opinions of percipient experts and retained experts is: ~~July 1, 2024~~ ***August 30, 2024***

   b. Deadline to disclose rebuttal experts: ~~August 1, 2024~~ ***September 30, 2024.***

3. **Dispositive Motions:**

   a. The parties shall file dispositive motions by: ~~September 30, 2024~~ ***November 29, 2024.***

4. **Joint Pretrial Order:**

   a. The deadline for the parties to submit a Joint Pretrial Order is ~~October 30, 2024~~ ***December 30, 2024*** or 30 days after the Order entered deciding dispositive motions.

The parties attest that concurrence in the filing of the foregoing document was obtained from each of the signatories below.

DATED: April 24, 2024     QUINN • COVARRUBIAS

By: */s/ Stephanie L. Quinn*
Stephanie L. Quinn
Nevada Bar No. 12632
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T:   (916) 400-2300
F:   (916) 400-2311
Email:   squinn@quinncova.com

*Attorneys for Defendants*
HOLMAN FLEET LEASING, LLC,
ARI FLEET LT, UNION PACIFIC RAILROAD COMPANY, and JASON M. HICKMAN

| | | |
|---|---|---|
| DATED: April 24, 2024 | By: | */s/ Boyd B. Moss III* |

Boyd B. Moss III, Esq.
Nevada Bar No. 8856
Email:     boyd@mossberglv.com

John C. Funk, Esq.
Nevada Bar No. 9255
Email: john@mossberglv.com
4l01 Meadows Lane, Suite 110
Las Vegas, Nevada 89101
Telephone: (702) 222-4555
Facsimile: (702) 222-4556

*Attorneys for Plaintiff,*
THERESA COHEE

**IT IS SO ORDERED:**

DATED:  4/26/2024

_____
UNITED STATES MAGISTRATE JUDGE