Stephanie L. Quinn (Nevada Bar No. 12632)
Mariel Covarrubias *pro hac vice*
**QUINN • COVARRUBIAS**
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T:      (916) 400-2300
F:      (916) 400-2311
Email:      squinn@quinncova.com
            marielc@quinncova.com

Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
F: (702) 363-5101
Email: rfinch@messner.com

*Attorneys for Defendants,*
HOLMAN FLEET LEASING, LLC,
ARI FLEET LT,
UNION PACIFIC RAILROAD COMPANY,
and JASON M. HICKMAN

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THERESA COHEE, individually<br><br>Plaintiff,<br><br>vs.<br><br>HOLMAN FLEET LEASING, LLC, a Foreign Limited-Liability Company; ARI FLEET LT, a business trust, a Foreign Business Trust; UNION PACIFIC RAILROAD COMPANY, a Foreign Corporation; JASON M. HICKMAN, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.:  2:23-cv-01747-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS HOLMAN FLEET LEASING, LLC AND ARI FLEET, LT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and local Rule 160(b), Plaintiff, THERESA COHEE, and Defendant, HOLMAN FLEET LEASING, LLC and ARI FLEET LT., hereby stipulate to the dismissal Defendants HOLMAN FLEET LEASING, LLC and ARI FLEET LT. only without prejudice, and request this Court to enter an order Dismissing HOLMAN FLEET LEASING, LLC and ARI FLEET LT from the case without prejudice, the parties consisting of these two specific Defendants and Plaintiff are to bear their own costs and attorney fees.

DATED:  October 9, 2024         QUINN • COVARRUBIAS

By: */s/ Stephanie L. Quinn*
Stephanie L. Quinn
Nevada Bar No. 12632
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T:     (916) 400-2300
F:     (916) 400-2311
Email:      squinn@quinncova.com

*Attorneys for Defendants*
HOLMAN FLEET LEASING, LLC,
ARI FLEET LT, UNION PACIFIC RAILROAD COMPANY, and JASON M. HICKMAN

DATED:  October 9, 2024         By:    */s/ Boyd B. Moss III*
Boyd B. Moss III, Esq.
Nevada Bar No. 8856
Email:      boyd@mossberglv.com

John C. Funk, Esq.
Nevada Bar No. 9255
Email: john@mossberglv.com
4l01 Meadows Lane, Suite 110
Las Vegas, Nevada 89101
Telephone: (702) 222-4555
Facsimile: (702) 222-4556

*Attorneys for Plaintiff,*
THERESA COHEE

**IT IS SO ORDERED:**

ORDER

The parties having Stipulated hereto and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned case be dismissed without prejudice as to Defendants HOLMAN FLEET LEASING, LLC and ARI FLEET LT only, and the parties consisting of these two specific Defendants and Plaintiff are to bear their own costs and attorney fees.

DATED: October 11, 2024

_____
UNITED STATES DISTRICT JUDGE