Stephanie L. Quinn (Nevada Bar No. 12632)
Mariel Covarrubias *pro hac vice*
Pearl M. Walker *pro hac vice*
**QUINN • COVARRUBIAS**
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T:     (916) 400-2300
F:     (916) 400-2311
Email: squinn@quinncova.com
       marielc@quinncova.com
       pwalker@quinncova.com

Christina M. Mundy, Esq. (Nevada Bar No. 13181)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
F: (702) 363-5101
Email: cmundy@messner.com

*Attorneys for Defendants,*
JASON HICKMAN;
HOLMAN FLEET LEASING, LLC/ARI FLEET LT; and
UNION PACIFIC RAILROAD COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESA COHEE, individually<br><br>                    Plaintiff,<br><br>vs.<br><br>HOLMAN FLEET LEASING, LLC, a Foreign Limited-Liability Company; ARI FLEET LT, a business trust, a Foreign Business Trust; UNION PACIFIC RAILROAD COMPANY, a Foreign Corporation; JASON M. HICKMAN, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>                    Defendants. | Case No.: 2:23-cv-01747-JAD-BNW<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES AND [PROPOSED] ORDER** |

Pursuant to LR IA 6-1, LCR 45-1, LCR 45-2, and Federal Rule of Civil Procedure 16(b)(4) and 16(d) the parties, Plaintiff THERESA COHEE ("Plaintiff") and Defendants UNION PACIFIC RAILROAD COMPANY and JASON M. HICKMAN ("Defendants") by and through their respective counsel of record, hereby stipulate and respectfully request that this Court continue the current trial date in this matter presently

set for July 21, 2026, and all respective deadlines associated in the current Joint Pretrial Order (Doc. 49).

The parties bring this stipulation and request for an order continuing the trial and related dates as soon as practicable upon the setting of the trial date and after the opportunity to meet and confer.

GOOD CAUSE EXISTS for this request because defense counsel is unavailable on the current trial date due to an unavoidable scheduling conflict. Counsel's unavailability is not due to lack of diligence, but rather circumstances beyond counsel's control. Counsel for Defendants Stephanie Quinn and Mariel Covarrubias are members of the National Association of Railroad Trial Counsel ("NARTC"). The NARTC annual meeting has been previously scheduled and is set to take place from July 19-22, 2026, in Utah. Counsel Ms. Quinn is currently engaged as the President of the NARTC for a one-year term and as such has obligations to run the annual meeting which is currently set to take place during two days of the trial date set in this matter. Defendant had indicated in its joint pretrial statement that it was not available during the July 2026 date noted by Plaintiff's counsel. (Doc 47.) Given this conflict and unavailability of defense counsel the parties have met and conferred and agreed to stipulate to a trial date in October 2026.

Defendants have the right to continuity of counsel. Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." Furthermore, Rule 16(d) contemplates that courts can modify a pretrial order. The "good cause" standard primarily considers the diligence of the party seeking the amendment. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Courts have consistently recognized that the unavailability of counsel constitutes good cause for modification of trial schedules.

This is the parties' first request to continue the Trial Date. The parties agree to the continuance and there is no prejudice to any party. *See United States v. Larkin* (D.Nev. Feb. 2, 2017, No. 2:12-CR-319-JCM-GWF) 2017 U.S.Dist.LEXIS 30333, at *5

1 regarding court granting stipulation to continue trial due to attorney unavailability.

3    Wherefore the parties agree and stipulate as follows:

4  1. Trial is Currently set for July 21, 2026.

5  2. The Parties Agree that Good Cause exists to move the Trial Date to October 5, 2026, or October 19, 2026, or an available date thereafter, to ensure that the parties have the counsel of choice available for continuity of counsel and participation at trial.

9  3. The requested continuance of trial is reasonable under the circumstances, and no party will be prejudiced.

11  4. This will be the first stipulated trial continuance requested in this matter.

12  5. Accordingly, the parties respectfully request that the Court continue the trial date to October 5, 2026, or October 19, 2026, or such other date as the Court deems appropriate, to ensure that counsel is available and the parties may fairly present their case.

   IT IS SO STIPULATED.

DATED:  November 24, 2025          MOSS BERG INJURY LAWYERS

                                    By:    */s/ Boyd B. Moss*
                                    Boyd B. Moss III (Nevada Bar No. 8856)
                                    John C. Funk (Nevada Bar No. 9255
                                    4101 Meadows Lane Suite, 110
                                    Las Vegas, Nevada 89101
                                    T:    (702) 222-4555
                                    F:    (702) 222-4556
                                    Email:    boyd@mossberglv.com
                                              john@mossberglv.com

                                    *Attorneys for Defendants,*
                                    THERESA COHEE

| | |
|---|---|
| DATED:  November 24, 2025 | QUINN • COVARRUBIAS |

By:      /s/Mariel Covarrubias
Stephanie L. Quinn (Nevada Bar No. 12632)
Mariel Covarrubias *pro hac vice*
Pearl M. Walker *pro hac vice*
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T:     (916) 400-2300
F:     (916) 400-2311
Email:      squinn@quinncova.com
               marielc@quinncova.com
               pwalker@quinncova.com

Christina M. Mundy, Esq. (Nevada Bar No. 13181)
MESSNER REEVES, LLP
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
F: (702) 363-5101
Email: cmundy@messner.com

*Attorneys for Defendants,*
JASON HICKMAN; HOLMAN FLEET LEASING, LLC/ARI FLEET LT; and UNION PACIFIC RAILROAD COMPANY

# ORDER CONTINUING TRIAL DATE AND RELATED DATES

This matter comes before the Court on the parties' Stipulation to Continue Trial Date and related deadlines. Having considered the stipulation, the record, and applicable law, the Court finds:

1. Good cause exists to continue the trial due to defense counsels' unavailability on the current trial date as the unavailability is not due to lack of diligence, but rather circumstances beyond counsels' control due to a preplanned national organization meeting where counsel Ms. Quinn must preside over the meeting as President of the organization.

2. Failure to grant a continuance would unreasonably deny Defendant continuity of counsel.

3. The Court further finds that the ends of justice served by granting this continuance, and no party will be prejudiced.

IT IS HEREBY ORDERED:

The trial currently set for July 21, 2026 is continued to November 3, 2026 at 9:00 a.m.

Calendar Call is continued from July 6, 2026 to October 19, 2026 at 1:30p.m.

Motions in Limine are due on August 20, 2026, with responses due 14 days later.

IT IS SO ORDERED.

Dated: 12/1/2025

_____
Jennifer A. Dorsey
United States District Judge