Stephanie L. Quinn (Nevada Bar No. 12632)
Mariel Covarrubias *pro hac vice*
**QUINN • COVARRUBIAS**
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T: (916) 400-2300
F: (916) 400-2311
Email: squinn@quinncova.com
marielc@quinncova.com

Christina M. Mundy, Esq. (Nevada Bar No. 13181)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
F: (702) 363-5101
Email: cmundy@messner.com

*Attorneys for Defendants,*
JASON HICKMAN and
UNION PACIFIC RAILROAD COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THERESA COHEE, individually

Plaintiff,

vs.

HOLMAN FLEET LEASING, LLC, a Foreign Limited-Liability Company; ARI FLEET LT, a business trust, a Foreign Business Trust; UNION PACIFIC RAILROAD COMPANY, a Foreign Corporation; JASON M. HICKMAN, individually; DOES I through X; and ROE CORPORATIONS I through X, inclusive

Defendants.

Case No.: 2:23-cv-01747-JAD-BNW

Complaint Filed: October 3, 2023
Trial Date: Not set

**STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**

Under Fed. R. Civ. P. 26(f) and Local Rules of Practice for the United States District Court for the District of Nevada 26-1(a)-(b), Defendants UNION PACIFIC RAILROAD COMPANY, and JASON M. HICKMAN by and through their counsel of record, the law firm of QUINN COVARRUBIAS and MESSNER REEVES, LLP, and Plaintiff THERESA COHEE, by and through her counsel of record, MOSS BERG INJURY LAWYERS, hereby submit to the court the following proposed amended discovery plan and scheduling order pursuant to the courts minute order of 9/8/26.



QUINN • COVARRUBIAS

QUINN • COVARRUBIAS

Doc. No. 58.

**I.**

**DISCOVERY PLAN PURSUANT TO FED. R. CIV. P. 26(f)(3)**

**A. WHETHER CHANGES, IF ANY, SHOULD BE MADE IN TIMING, FORM, OR REQUIREMENTS FOR DISCLOSURES UNDER FED. R. CIV. P. 26(A)**

Discovery is closed beyond the parties joint request to reopen discovery for the limited purpose of obtaining the full medical records of plaintiff's newly disclosed medical treatment and setting the depositions of Dr. Rubin, Dr. Sharif, Dr. Patel, Dr. Tariq and Plaintiff Theresa Cohee; allowing Defendants experts the opportunity to update reports and opinions based on the new medical status of Plaintiff. *See* Doc. No. 57.

**1. Plaintiff's view:** None.

**2. Defendant's view:** None.

**B. SUBJECTS ON WHICH DISCOVERY MAY BE NEEDED, WHEN DISCOVERY SHOULD BE COMPLETED, AND WHETHER DISCOVERY SHOULD BE CONDUCTED IN PHASES OR BE LIMITED TO OR FOCUSED ON PARTICULAR ISSUES**

Discovery is closed beyond the parties joint request to reopen discovery for the limited purpose of obtaining the full medical records of plaintiff's newly disclosed medical treatment and setting the depositions of Dr. Rubin, Dr. Sharif, Dr. Patel, Dr. Tariq and Plaintiff Theresa Cohee; allowing Defendants experts the opportunity to update reports and opinions based on the new medical status of Plaintiff. *See* Doc. No. 57.

**1. Plaintiff's view:** Plaintiff began a spinal cord stimulator trial on 9/2/26. Plaintiff is scheduled to have a permanent spinal cord stimulator implanted on 9/23/26. Plaintiff seeks additional time to supplement medical records and bills as part of her damages that she attributes to the underlying motor vehicle collision.

**2. Defendant's view:**

i. Discovery will consist of items referenced in the joint motion consisting of depositions of

QUINN • COVARRUBIAS

Dr. Rubin, Dr. Sharif, Dr. Patel, Dr. Tariq and Plaintiff Theresa Cohee; allowing Defendants experts the opportunity to update reports and opinions.

ii. The limited additional discovery should be completed on June 4, 2027, allowing the anticipated healing time for Plaintiff after surgery currently anticipated by her physician.

iii. Discovery in this matter does not need to be conducted in phases.

### C. WHETHER ISSUES EXIST REGARDING DISCLOSURE OR DISCOVERY OF ELECTRONICALLY STORED INFORMATION, INCLUDING THE FORM OR FORMS IN WHICH IT SHOULD BE PRODUCED

1. **Plaintiff's view:** Not at this time.
2. **Defendant's view:** Not at this time.

### D. WHETHER ISSUES EXIST REGARDING CLAIMS OF PRIVILEGE OR OF PROTECTION AS TRIAL-PREPARATION MATERIALS, INCLUDING—IF THE PARTIES AGREE ON A PROCEDURE TO ASSERT THESE CLAIMS AFTER PRODUCTION—WHETHER TO ASK THE COURT TO INCLUDE THEIR AGREEMENT IN AN ORDER UNDER FEDERAL RULE OF EVIDENCE 502

1. **Plaintiff's view:** Not at this time.
2. **Defendant's view:** Not at this time.

### E. WHETHER, IF ANY, OTHER ORDERS SHOULD BE ENTERED BY THE COURT UNDER RULE 26(C) OR RULE 16(B) AND (C)

1. **Plaintiff's view:** Not at this time.
2. **Defendant's view:** Not at this time.

## II.

## DISCOVERY PLAN AND MANDATORY DISCLOSURES PURSUANT TO LR 26-1 (b)

### A. A STATEMENT OF THE REASONS WHY LONGER OR DIFFERENT TIME

**PERIODS SHOULD APPLY TO THE CASE OR, IN CASES IN WHICH THE PARTIES DISAGREE AS TO THE FORM OR CONTENTS OF THE DISCOVERY PLAN, A STATEMENT OF EACH PARTY'S POSITION ON EACH POINT IN DISPUTE PURSUANT TO LR 26-1(a)**

The parties request until June 4, 2027 because Plaintiff has represented that she is undergoing spinal cord stimulator placement and will require time to heal. Plaintiff has also disclosed new medical treatment which must be subpoenaed and Defendants experts must review and opine on the new treatment and depositions. Also, Plaintiff's claims may necessitate an additional Independent Medical Examination. The extended discovery provides the Parties a meaningful period in which to complete discovery per agreement.

**PROPOSED DISCOVERY DEADLINES - LR 26-3(d)**

| | **PROPOSED NEW DEADLINE** |
|---|---|
| **Discovery Deadline** | **June 4, 2027** |
| **Pre-Trial Order** | **August 6, 2027** |

Pursuant to the court's minute order of 9/8/26 the Parties submit to the court the following proposed amended discovery plan and scheduling order.

**B. CERTIFICATION OF DISPUTE RESOLUTION CONFERENCE**

The undersigned certify that they met and conferred about the possibility of using alternative dispute-resolution processes.

**C. CERTIFICATION OF ALTERNATIVE FORMS OF CASE DISPOSITION**

The undersigned do not consent to trial by a magistrate judge under 28 U.S.C. §636 (c) and Fed. R. Civ. P. 73, or the use of the Short Trial Program (General Order 2013-01).

**D. ELECTRONIC EVIDENCE DISPOSITION**

A jury trial has been demanded and the undersigned certify that they discussed whether the



QUINN • COVARRUBIAS

parties intend to present evidence in electronic format to jurors for the purposes of jury deliberations, and the following stipulations were reached regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system: None at this time.

DATED: September 21, 2026

MOSS BERG INJURY LAWYERS

By: /s/ *Boyd B. Moss*

Boyd B. Moss III (Nevada Bar No. 8856)
4101 Meadows Lane Suite, 110
Las Vegas, Nevada 89101
T: (702) 222-4555
F: (702) 222-4556
Email: boyd@mossberglv.com

*Attorneys for Defendants,*
THERESA COHEE

QUINN • COVARRUBIAS

DATED: September 21, 2026

By: /s/ *Stephanie L. Quinn*

Stephanie L. Quinn (Nevada Bar No. 12632)
Mariel Covarrubias *pro hac vice*
2220 Douglas Blvd., Suite 240
Roseville, CA 95661
T: (916) 400-2300
F: (916) 400-2311
Email: squinn@quinncova.com
marielc@quinncova.com

Christina M. Mundy, Esq. (Nevada Bar No. 13181)
MESSNER REEVES, LLP
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
T: (702) 363-5100
F: (702) 363-5101
Email: cmundy@messner.com

*Attorneys for Defendants,*
JASON HICKMAN; HOLMAN FLEET LEASING, LLC/ARI FLEET LT; and UNION PACIFIC RAILROAD COMPANY

IT IS SO **ORDERED**.

**UNITED STATES MAGISTRATE JUDGE**
**DATE:** September 22, 2026

**DECLARATION OF SERVICE**

I, Alexis Mendez, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of 18 years and not a party to this action; my business mailing address is 2220 Douglas Blvd., Suite 240, Roseville, California 95661, in said County and State. On September 21, 2026 I served:

**STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER**

on the following person(s) at the following address(es), in the manner indicated below:

**ATTORNEYS FOR PLAINTIFF:**
Boyd B. Moss III, Esq.
**MOSS BERG INJURY LAWYERS**
5420 W. Sahara Avenue, Suite 101
Las Vegas, NV 89146
T: (702) 222-4555
F: (702) 222-4556
Boyd@mossberglv.com
Tonya@mossberglv.com

| | |
|---|---|
| ☒ | **ONLY BY ELECTRONIC TRANSMISSION:** In compliance with C.C.P. §1010.6, and pursuant to a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I served the documents by email on the persons indicated above, using the e-mail addresses shown. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on September 21, 2026, at San Juan Capistrano, California.

By: /s/ *Alexis Mendez*
Alexis Mendez

QUINN • COVARRUBIAS